585 A.2d 400
STATE OF NEW JERSEY v. FOSTER DRUMMER.

October 16, 1990.

Petition for certification denied.

585 A.2d 400
STATE OF NEW JERSEY v. MANUEL FERNANDEZ.

October 16, 1990.

Petition for certification denied.

585 A.2d 400
STATE OF NEW JERSEY v. YUCEL CENGIZ.

October 16, 1990.

Petition for certification denied.   (See 241 *N.J.Super.* 482, 575 *A.*2d 504)

585 A.2d 401
STATE OF NEW JERSEY v. JAN ERIC REYNOLDS.

October 16, 1990.

Petition for certification granted.